**Order entered December 5, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01234-CV

### STO CORP., Appellant

### V.

### CANAL SIDE LOFTS, LTD., ET AL., Appellees

**On Appeal from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 11-04649-B**

## ORDER

Before the Court is the motion of Renee Drake, Official Court Reporter for the 44th Judicial District Court of Dallas County, Texas, requesting a sixty-day extension of time to file the reporter's record. We **GRANT** the motion **TO THE EXTENT** that the reporter's record shall be filed within **THIRTY DAYS** of the date of this order. *See* TEX. R. APP. P. 35.3(c).

/s/ ELIZABETH LANG-MIERS
JUSTICE